# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ANDREW GILBERT,<br>　　　　Plaintiff,<br>　　v.<br>VILLAGE OF LIBERTYVILLE et al.,<br>　　　　Defendants. | FILED: AUGUST 26, 2008<br>08CV4879<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AO
Andrew Gilbert, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Jon Loevy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　s/ Jon Loevy | |
| FIRM<br>Loevy & Loevy | |
| STREET ADDRESS<br>312 North May St., Ste. 100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6218254 | TELEPHONE NUMBER<br>312-243-5900 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐