

12157

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANDREW GILBERT, ) | |
| ) | |
| Plaintiff, ) | Court No. 08CV4879 |
| ) | |
| ) | JUDGE CASTILLO |
| v. ) | MAGISTRATE JUDGE ASHMAN |
| VILLAGE OF LIBERTYVILLE, ) | |
| OFFICER ALEJANDRO CARDONA, ) | |
| OFFICER EVANS, OFFICER KINCAID, ) | |
| SERGEANT MOHN, OFFICER MACK, and ) | |
| other AS-YET-UNKNOWN LIBERTYVILLE ) | |
| POLICE OFFICERS, ) | |
| Defendants. ) | |

### AGREED ORDER

Pursuant to the agreement of all parties, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

1. Plaintiff voluntarily dismisses Defendants Cardona, Evans, Kincaid, Mohn and Mack from this case with prejudice;

2. Pursuant to a settlement agreement that has been reached between the Village of Libertyville and the plaintiff, Andrew Gilbert, the Village of Libertyville is dismissed from this case with prejudice; and

3. Each party will bear its own costs and attorneys fees.

DATED: __4/27__, 2009           ENTER: _____
                                        Honorable Judge Ruben Castillo

Prepared by:
Patrick F. Moran (6279297)
DeANO & SCARRY
53 West Jackson, Suite 550
Chicago, IL 60602
Tel: (630) 690-2800
Fax: (312) 564-4125